

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00758-CR

Cesar **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-12-07159-MCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 2, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice